**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>STEPHEN EFREN PEINADO,<br><br>    Defendant. | CASE NO. 13cr3917-L<br><br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

21:952, 960 and 963 - Conspiracy to Import Methamphetamine; 21:952 and

960; 18:2 - Importation of Methamphetamine; Aiding and Abetting;

21:952 and 960; 18:2 - Importation of Methamphetamine; Aiding & Abetting

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/8/2014

                                                           William V. Gallo
                                                           U.S. Magistrate Judge